IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEBERT MORGAN                                                                                     PETITIONER

v.                                         Case No. 6:23-cv-06083

DEXTER PAYNE                                                                                      RESPONDENT

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Morgan's Petition is **DENIED** and is hereby dismissed with prejudice. The Court further finds no Certificate of Appealability is issued in this matter.

**DATED** this **26th day of October 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1